Date signed February 20, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 07-18686PM |
|---|---|
| Claudia Stephanie Womble, | Chapter 13 |
| Debtor. | |

## MEMORANDUM

The court received and docketed (No. 51) a letter from the Debtor with respect to the real property located at 13005 Viewpoint Lane, Bowie, MD 20715 ("the Property"). The court notes that relief from the automatic stay of 11 U.S.C. § 362(a) was granted in favor of Wells Fargo Bank National Association c/o American Home Mortgage Servicing, Inc. by consent on October 22, 2008. This lender filed an Affidavit of Default on February 3, 2009. The court notes that the parties are free to re-negotiate the agreement reached with respect to the Property; however, the court has no authority to compel any such negotiations.

cc:   -Debtor
      -Counsel for Debtor
      -Wells Fargo Bank National Association c/o American Home Mortgage Servicing, Inc.
      -Counsel for Wells Fargo Bank National Association c/o American Home Mortgage Servicing, Inc.

End of Memorandum